# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN RE: **SAMUEL BENJAMIN MUNOZ AVILA** | CASE NO: **14-08466-MCF** |
|---|---|
| Debtor(s) | Chapter 13 |

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$132.00**    Outstanding (Through the Plan): **$2,868.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☒ Under   ☐ Above Median Income         Liquidation Value: $**$0.01**

Commitment Period is   ☒ 36 months   ☐ 60 months §1325(b)(1)(B)    General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Mar 16, 2015  (Dkt  21)    Plan Base: **$15,860.00**

The Trustee:   ☒ **DOES NOT OBJECT**   ☐ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 0.00 %

---

**\*OTHER COMMENTS / OBJECTIONS**

There are no general unsecured claims in this case.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 23, 2015

/s/ Alexandra Rodriguez, Esq.

---

Last Docket Verified: 26    Last Claim Verified: 3    CMC: RC