UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

**Hearing Information:**

| | | | |
|---|---|---|---|
| Debtor: | SAMUEL MUNOZ AVILA | Case Number: | 14-08466-MCF |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time / Room: | 6-25-2015 at 1:30 PM | Courtroom: | 03 |
| Bankruptcy Judge: | MILDRED CABAN FLORES | | |
| Courtroom Clerk: | MARIBEL MONTALVO | | |
| Reporter / ECR: | ZIARA BITTMAN | | |

**Matter:**
CONFIRMATION HEARING OF CH 13 PLAN DATED 03/16/2015 (DKT #21)

**Appearances:**

| | |
|---|---|
| Trustee: | JOSE CARRION MORALES |
| Debtor Attorney: | ROBERTO FIGUEROA CARRASQ |
| Creditor/Others: | |

**Proceedings:**

[ ] Plan Dated:_____ [Docket no. ___] is: [ ] CONFIRMED* [ ] NOT CONFIRMED.

[ ] Confirmation of plan is denied. PR LBR 3015-2 (i) applies: the Court may issue an order dismissing the Chapter 13 case unless, within fourteen (14) days after denial of confirmation: (1) the debtor files a new Modified Chapter 13 Plan and/or Related Motions; (2) the debtor converts or moves to convert the case to another chapter of the Bankruptcy Code; (3) the debtor files a motion for relief from judgment or order, or appeals the denial of confirmation; or (4) the Court otherwise orders. Clerk is to follow up.

[✓] Hearing on Confirmation is continued to: September 17, 2015, at 1:30P.M.                .

[ ] The motion to dismiss filed by _____ is:
    [ ] Granted*    [ ] Denied.*    [ ] Withdrawn.*    [ ] Moot.*

[ ] The motion to convert filed by _____ is:
    [ ] Granted*    [ ] Denied.*    [ ] Withdrawn.*    [ ] Moot.*

[ ] Additional Comments:

Page 1